# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:
Unclaimed Property
Dependable Lists

Bankruptcy Case No.    00 B 10277

Debtor Dependable Lists

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $ 659.70 to Robert J Fenn III (dba Chelsea Direct Marketing) claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN  2631 or 9237 .

John D. Schwartz
United States Bankruptcy Judge

Dated: 14 SEP 2006

Payment to be mailed to:
Robert J Fenn
dba Chelsea Direct
1093 A1A Beach BLVD #382
ST Augustine FL 32080

Rev. 11-19-03